Page 1 of 3

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**RHONDA FLEMING,**

    **Plaintiff,**

**vs.**                                       **Case No. 4:24cv282-AW-MAF**

**UNITED STATES OF AMERICA,**
**WARDEN ERICA STRONG, et al.,**

    **Defendants.**
_____/

## O R D E R

On July 19, 2024, the United States of America filed a notice of removal, ECF No. 1. It appears that jurisdiction is appropriate and that the notice of removal was timely. *See* ECF No. 3. Recently, Plaintiff has filed a motion for a preliminary injunction, ECF No. 6, and a second amended complaint, ECF No. 7. An Order, ECF No. 8, was entered earlier today on those documents.

However, while reviewing this case further, a statement made in Plaintiff's motion for preliminary injunction prompts this Order. Plaintiff said that she has suffered with a fungal toenail infection for 12 years. ECF No.

6 at 1. The Court is familiar with other litigation[1] filed by Plaintiff (who is a "three striker"), and at least some of her litigation is related to the four claims Plaintiff raises in the second amended complaint, ECF No. 7. Thus, it would be beneficial for Defendant - as the removing party - to comply with Local Rule 5.6. Defendant must identify any cases filed in this District which include "an identical claim - or a similar claim - between some or all of the same or related parties . . . ." N.D. Fla. Loc. R. 5.6(A). Defendant shall identify both previously terminated cases as well as pending cases. Defendant shall have until **September 11, 2024**, to do so.

Accordingly, it is

**ORDERED:**

1. Defendant United States of America has until **September 11, 2024**, to file a notice in compliance with Local Rule 5.6.

2. The parties have until **September 16, 2024**, to provide information as to the status of service on the individual Defendants.

---

[1] For example, the Court is aware that Plaintiff has previously raised a bodily-privacy claim concerning the BOP's Transgender Policy in case number 4:21cv325-MW-MJF. It appears that a motion for summary judgment is pending in that case. Plaintiff also sought to litigate her claim against Nurse Hamilton regarding the B-12 shot and the alleged assault in case number 4:22cv378-WS-MJF. That case was dismissed under 28 U.S.C. § 1915(g), but it does not appear that the claim was addressed on the merits.

Case No. 4:24cv282-AW-MAF

3.  Defendant United States of America has until **September 16, 2024**, to file an answer or other response to Plaintiff's second amended complaint, ECF No. 7, and motion for a preliminary injunction, ECF No. 6.

4. Plaintiff shall immediately file a notice to the Clerk's Office in the event of an address change, transfer, or release from custody.

5.  The Clerk of Court shall return this case upon the parties' compliance with this Order, or no later than September 16, 2024.

**DONE AND ORDERED** on August 14, 2024.

S/   Martin A. Fitzpatrick  
**MARTIN A. FITZPATRICK**  
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:24cv282-AW-MAF